IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luz Hellman, | ) No. CV-06-1465-PHX-FJM |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Sheldon Weisberg, and the State of | ) |
| Arizona, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The court has been advised that there is a typographical error in this court's order of November 29, 2007 (doc. 150). Accordingly, IT IS ORDERED correcting that order at page 10, line 6, so that the words "Judge Gimmel's" are changed to the words "Judge Gemmill's" and is reflected in document number 153. We apologize for this oversight.

DATED this 3rd day of December, 2007.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge